IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BECKSTRAND,              )<br>                                              )<br>            Plaintiff,                    )<br>                                              )<br>      v.                                    )<br>                                              )<br>ELECTRONIC ARTS GROUP LONG )<br>TERM DISABILITY INSURANCE   )<br>PLAN,                                    )<br>                                              )<br>            Defendant.                )<br>_____) | CV F 05-0323 AWI LJO<br><br>ORDER VACATING<br>SEPTEMBER 12, 2005<br>HEARING DATE AND<br>TAKING MATTER UNDER<br>SUBMISSION |

Plaintiff's motion for partial summary judgment regarding the standard of review has been set for hearing in this case on September 12, 2005.  The court has reviewed the moving papers, opposition, and reply and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 12, 2005, is VACATED, and the parties shall not appear at that time.  As of September 12, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     September 7, 2005**            _____/s/ Anthony W. Ishii_____
0m8i78                                                    UNITED STATES DISTRICT JUDGE