1  **ROBERT J. ROSATI**, #112006
   Attorney at Law
2  2055 San Joaquin Street
   Fresno, California 93721-2717
3  Telephone:     (559) 256-9800
   Facsimile:     (559) 256-9799
4  e-mail: rosatilaw@aol.com

5  Attorney for Plaintiff, BRYAN BECKSTRAND

6  **ROBERT R. POHLS**
   **STACEY L. LEASK**
7  *POHLS & ASSOCIATES*
   12657 Alcosta Boulevard, Ste. 150
8  Telephone: (925)937-0300
   Facsimile: (925)937-0330
9

10 Attorneys for Defendant,
   ELECTRONIC ARTS GROUP LONG
11 TERM DISABILITY INSURANCE PLAN

12

13             UNITED STATES DISTRICT COURT FOR

14             THE EASTERN DISTRICT OF CALIFORNIA

15 | BRYAN BECKSTRAND, | ) | Case No.: 1:05-CV-00323-AWI-LJO |
|---|---|---|
16 | Plaintiff, | ) | **STIPULATION TO CONTINUE** |
   | v. | ) | **HEARING ON MOTION TO AMEND** |
17 |   | ) | **THE JUDGMENT** |
   | ELECTRONIC ARTS GROUP LONG TERM | ) |   |
18 | DISABILITY INSURANCE PLAN, | ) | Date:  December 4, 2006 |
   |   | ) | Time:  1:30 p.m. |
19 | Defendant. | ) | Dept.:  2 (AWI) |
   |   | ) | Judge: Anthony W. Ishii |

20

21     IT IS HEREBY STIPULATED by and between both parties through their attorneys of

22 record that the Motion To Amend Judgment currently calendared for December 4, 2006 will

23 continued until January 22, 2007 at 1:30 p.m. in Department 2 before the Honorable Anthony W.

24 Ishii. Good cause appearing in that Defendant's counsel, Robert Pohls has a scheduling conflict

25 ///

26 ///

27 ///

28

1    and there are no earlier dates that are available for both parties.

4    Dated:  November 15, 2006                /S/ Robert J. Rosati
                                              ROBERT J. ROSATI
                                              Attorney for Plaintiff,
                                              BRYAN BECKSTRAND

7    Dated: November 15, 2006                 /S/ RobertR. Pohls
                                              ROBERT R. POHLS
                                              STACEY L. LEASK
                                              Attorneys for Defendant,
                                              ELECTRONIC ARTS GROUP
                                              LONG TERM DISABILITY
                                              INSURANCE PLAN

**ORDER**

IT IS SO ORDERED.

**Dated:   November 17, 2006**           **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE

---

POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AMEND THE JUDGMENT
CASE NO.: 1:05-CV-00323-AWI-LJO

1