# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BECKSTRAND, | Case Number: 1:05-cv-00323 AWI LJO |
| PLAINTIFF, | |
| VS. | NOTICE OF RE-SET SCHEDULING CONFERENCE |
| ELECTRONIC ARTS GROUP LONG TERM DISABILITY INSURANCE PLAN, | |
| DEFENDANT. / | |

Due to the elevation of United States Magistrate Judge Lawrence J. O'Neill, and the impending temporary re-assignment of the captioned case to United States Magistrate Judge Theresa A. Goldner as the referral Magistrate Judge,

YOU ARE NOTIFIED that:

The Scheduling Conference currently set for February 27, 2007 at 8:30 a.m. is VACATED and RESET as a TELEPHONIC SCHEDULING CONFERENCE for March 1, 2007 at 9:30 a.m. before Judge Goldner. Counsel are to appear at the telephonic Scheduling Conference by arranging a one-line conference call and adding the Court at (661) 326-6620. Counsel are to contact the Courtroom Deputy Clerk, Alan Leon Guerrero no later than February 23, 2007, to advise whether they are unable to participate by telephone, and shall contact him at (661) 326-6620 or via email at aleonguerrero@caed.uscourts.gov.

If any counsel is unable to participate by telephone, and shall provide timely notice thereof, the Scheduling Conference will be reset for a subsequent date and conducted by Judge Goldner in the United

///

States Courthouse in Fresno.  Counsel are reminded that a Joint Scheduling Report is due no later than February 20, 2007.

IT IS SO ORDERED.

Dated:   **February 14, 2007**                                             **/s/ Theresa A. Goldner**
**j6eb3d**                                                                         **UNITED STATES MAGISTRATE JUDGE**