IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BECKSTRAND, | Case Number: 1:05-cv-00323 AWI NEW (TAG) |
| Plaintiff, | ORDER AMENDING SCHEDULING CONFERENCE ORDER AND SETTING FURTHER SCHEDULING CONFERENCE |
| vs. | |
| ELECTRONIC ARTS GROUP LONG TERM DISABILITY INSURANCE PLAN, | |
| Defendant. | |

On March 1, 2007, the Court conducted a Status/Scheduling Conference in this matter. Robert J. Rosati, Esq. appeared telephonically on behalf of Plaintiff. Robert R. Pohls, Esq. appeared telephonically on behalf of Defendant.

Counsel for both parties reported that the scheduling issue before the Court pertains to whether and to what extent, Plaintiff may conduct discovery in this action, in light of the decision in Abatie v. Alta Health & Life Ins. Co., 458 F.3d 955 (9th Cir. 2006) (en banc).

The Court amends the Scheduling Conference Order as follows:

1. Plaintiff shall have to and including Friday, March 16, 2007 to file and serve a motion for leave to conduct discovery.

2. Defendant shall file its opposition, if any, on or before Friday, March 30, 2007.

3. Plaintiff shall file its reply, if any, on or before no Friday, April 6, 2007.

4. The hearing on such motion shall be noticed for Monday, April 30, 2007 at 1:30 p.m. before United States Magistrate Judge Theresa A. Goldner, at 1200 Truxtun Avenue, Suite 120, Bakersfield, California 93301. The parties may appear telephonically by arranging a one-line conference call to the Court at 661-326-6620. Counsel shall confirm the telephonic arrangements with Courtroom Deputy

Alan Leon Guerrero at 661-326-6620 or via email at aleonguerrero@caed.uscourts.gov no later than two court days before the hearing.

     5. The Court sets this matter for a Further Scheduling Conference on Wednesday, June 6, 2007 at 9:30 a.m. before Magistrate Judge Goldner, at 1200 Truxtun Avenue, Suite 120, Bakersfield, California 93301.  The parties may appear telephonically at the Further Scheduling Conference by arranging a one-line conference call to the Court at chambers at 661-326-6620 and confirming the same with Courtroom Deputy Alan Leon Guerrero no later than two court days before the Further Scheduling Conference.

IT IS SO ORDERED.

Dated:   **March 5, 2007**　　　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
**j6eb3d**　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE