Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California 94583
Telephone: (925) 973-0300
Facsimile: (925) 973-0330

Attorneys for Defendant **Electronic Arts Group Long Term Disability Insurance Plan**

Robert J. Rosati (California Bar #112006)
Attorney at Law
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone: (559) 256-9800
Facsimile: (559) 256-9799

Attorney for Plaintiff
**Bryan Beckstrand**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BECKSTRAND,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS GROUP LONG TERM DISABILITY INSURANCE PLAN,<br><br>Defendant. | Case No. 1:05-cv-00323-AWI-NEW (TAG)<br><br>**STIPULATION AND ▓▓▓▓ ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT DISCOVERY**<br>(Doc. 45) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective attorneys of record herein that the Motion for Leave to Conduct Discovery currently calendared for May 7, 2007 at 2:00 p.m. before United States Magistrate Judge Theresa A. Goldner at 1300 18th Street, Bakersfield, California will be continued until May 21, 2007 at 9:30 a.m. Good cause appearing in that Defendant's counsel, Robert Pohls has a scheduling conflict and there are no earlier dates that are available for all parties. Parties wishing to appear telephonically must do so by making a Court Call reservation at (866) 582-6878.

1  IT IS SO STIPULATED.

POHLS & ASSOCIATES

/s/

4  DATED: April 25, 2007

Robert R. Pohls
Stacey L. Leask
Attorneys for Defendant
**Electronic Arts Group Long Term Disability Insurance Plan**

8  IT IS SO STIPULATED.

ROBERT J. ROSATI, ESQ.

/s/

11  DATED: April 25, 2007

Robert J. Rosati
Attorney for Plaintiff **Bryan Beckstrand**

███████ ORDER

17  For good cause shown, IT IS SO ORDERED.

19  DATED: 4/26/2007

Honorable Theresa A. Goldner
United States Magistrate Judge