IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BECKSTRAND,           )<br>                                                    )<br>              Plaintiffs,         )<br>                                                    )<br>       v.                                       )<br>                                                    )<br>ELECTRONIC ARTS GROUP LONG )<br>TERM DISABILITY INSURANCE )<br>PLAN,                                        )<br>                                                    )<br>              Defendant.       )<br>_____) | 1: 05 - CV - 0323 AWI GSA<br><br>ORDER VACATING NOVEMBER 6,<br>2007 TRIAL DATE AND<br>RESETTING TRIAL FOR<br>NOVEMBER 14, 2007, AT 1:30 P.M. |

    Trial in this matter is currently set for November 6, 2007.   Because of conflicts on the court's trial calendar, it is necessary to change the trial date for this matter.

    Accordingly, the court ORDERS that:

    1.    The November 6, 2007 trial date is VACATED; and

    2.    Trial in this matter is RESET for November 14, 2007 at 1:30 p.m. in Courtroom Two.

IT IS SO ORDERED.

**Dated:**   **October 31, 2007**                **/s/ Anthony W. Ishii**
                                                            UNITED STATES DISTRICT JUDGE