1

2    Robert J. Rosati (California Bar #112006)
     Attorney at Law
3    2055 San Joaquin Street
     Fresno, California  93721
4    Telephone:  (559) 256-9800
     Facsimile:  (559) 256-9799
5
     Attorney for Plaintiff, BRYAN BECKSTRAND
6
     Robert R. Pohls (California Bar #131021)
7    Stacey L. Leask (California Bar #233281)
     POHLS & ASSOCIATES
8    12657 Alcosta Boulevard, Suite 150
     San Ramon, California  94583
9    Telephone:  (925) 973-0300
     Facsimile:  (925) 973-0330
10
     Attorneys for Defendant, ELECTRONIC ARTS GROUP
11   LONG TERM DISABILITY PLAN

12

13                     **UNITED STATES DISTRICT COURT**

14                   **EASTERN DISTRICT OF CALIFORNIA**

     BRYAN BECKSTRAND,                )
15   ..                               )   Case No. 1:05-CV-00323-AWI-LJO               .
                                      )
16                                    )   **STIPULATION & ORDER REGARDING**
                                      )   **ADDITIONAL BRIEFING FOLLOWING**
17              Plaintiff,            )
                                      )   **THE DECISION ON *METLIFE V. GLENN***
18        vs.                         )
     ELECTRONIC ARTS GROUP LONG TERM  )
     DISABILITY INSURANCE PLAN,       )
19                                    )
                                      )
20              Defendant.            )
                                      )
21   _____

22        IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their counsel of

23   record, that:

24        1.    The United States Supreme Court's decision in *Metropolitan Life Insurance*

25   *Company v. Glenn*, 554 U.S. _____ (June 19, 2008) potentially impacts the resolution of this case.

26        2.    Therefore each of the parties jointly request that the Court permit them to each

27   simultaneously file one brief of no more than five (5) pages, no later than July 11, 2008, addressing the

28   impact of that decision on this case.

     ///

     ///

     _____
     STIPULATION & [PROPOSED] ORDER REGARDING ADDITIONAL BRIEFING FOLLOWING DECISION ON
     *METLIFE V. GLENN*

                                            1

1

2

ROBERT J. ROSATI

3

DATED: __July 27, 2008        s/ Robert J. Rosati

4                              Robert J. Rosati

5                              Attorneys for Plaintiff, BRYAN BECKSTRAND

6

7                              POHLS & ASSOCIATES

8

DATED:     July 27, 2008      s/ Robert R. Pohls

9                              Robert R. Pohls
                               Stacey L. Leask

10

                               Attorneys for Defendant, ELECTRONIC ARTS GROUP

11

                               LONG TERM DISABILITY PLAN

12

13

14                             **ORDER**

15

        IT IS SO ORDERED. Plaintiff and Defendant may each file one brief regarding the relevance of

16

*Glenn*, *supra*, to the issues in this case no later than July 18, 2008. Neither brief is to exceed five (5)

17

pages.

18

19   IT IS SO ORDERED.

20   **Dated:   July 7, 2008              /s/ Anthony W. Ishii**
                                  CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

---