IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BECKSTRAND,<br><br>            Plaintiff,<br><br>    v.<br><br>ELECTRONIC ARTS GROUP LONG TERM DISABILITY INSURANCE PLAN,<br><br>            Defendant. | 1:05-CV-0323 AWI GSA<br><br>ORDER DISCHARGING ORDER TO FILE PROPOSED AMENDED JUDGMENT THAT CONTAINS THE AGREED UPON AMOUNT OWED TO BECKSTRAND |

**BACKGROUND**

Plaintiff Bryan Beckstrand filed a complaint for declaratory relief under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(a)(1) & (3), *as amended*, ("ERISA").

On September 16, 2008, the court issued Amended Findings of Fact and Conclusions of Law.  In this order, the court granted Beckstrand's claim for reinstatement of long-term disability benefits and reinstated the benefits retroactive to the date upon which they were terminated.  The court ordered the parties to meet and confer and submit a proposed amended judgment that contains the amount owed to Beckstrand within 30 days.  The court also ordered that any further motions by Beckstrand could be filed within 30 days.

On September 16, 2008, the Clerk of the Court entered judgment.

On October 13, 2008, the parties filed a statement that this action had settled.

On November 19, 2008, the parties filed a stipulation and proposed order to dismiss this action pursuant to Rule 41(a).

### DISCUSSION

Final judgement pursuant to Rule 58 of the Federal Rules of Civil Procedure has been entered in this action in Beckstrand's favor.  As such, the parties filings since the entry of judgment do not appear to be appropriate at this point in the proceedings. The parties cannot "settle" this action because judgment has already been entered and there is no action left to settle. The parties cannot stipulate to dismiss this action because judgment has already been entered and there is no action left to dismiss.

The court had ordered the parties to file an agreed amended judgment that contained the amount owed to Beckstrand.   This order has not been complied with.   However, from the parties' notification regarding "settlement" and their stipulation to "dismiss" this action, it appears the parties have met and conferred and agreed upon the amount owed to Beckstrand in light of the court's September 16, 2008 Findings of Fact and Conclusions of Law.   If the parties do not wish the judgment to be amended to contain the exact amount owing to Beckstrand, the court has no objection.

### ORDER

Accordingly, the court ORDERS that the court's September 16, 2008 order requiring the parties to file a proposed amended judgment, which contains the agreed upon amount owed to Beckstrand, is DISCHARGED.

IT IS SO ORDERED.

**Dated:   November 24, 2008**            /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE